STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:      (510) 637-3507

Counsel for Defendant JAVIER RIOS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16 00219 JSW[~~DMR~~] |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER MODIFYING RELEASE** |
| v. | ) | **CONDITIONS** |
| | ) | |
| JAVIER RIOS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Javier Rios has been out of custody in this matter since June 2016.  He resides in Chula Vista, California, and is compliant with all conditions of his pretrial release.  A personal friend has asked Mr. Rios to be the best man at his wedding in Boise, Idaho.  Mr. Rios would like to travel to Idaho on May 11, 2017 and return to the Southern District of California on May 15, 2017.  Pretrial Services has no objection to this request.

For these reasons, IT IS STIPULATED AND AGREED that the conditions of Javier Rios's release be modified to permit him to travel to the District of Idaho on May 11, 2017 and return to the Southern District of California on May 15, 2017.  Mr. Rios shall provide his itinerary and contact information to Pretrial Services prior to travel.  Mr. Rios shall comply with all current conditions of his pretrial release, and any travel conditions that Pretrial Services deems appropriate.

-1-

SO STIPULATED.

April 13, 2017
_____

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

April 13, 2017

_____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

April 13, 2017

_____/s/_____
NELSON BARAO
Pretrial Services Officer

        Good cause appearing therefor, IT IS ORDERED that the conditions of Javier Rios's

release be modified to permit him to travel to the District of Idaho on May 11, 2017 and return to the

Southern District of California on May 15, 2017. Mr. Rios shall provide his itinerary and contact

information to Pretrial Services prior to travel. Mr. Rios shall comply with all current conditions of

his pretrial release, and any travel conditions that Pretrial Services deems appropriate.

April 14, 2017

~~DONNA M. RYU~~ KANDIS A. WESTMORE
United States Magistrate Judge